1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Tia Bowden,

          Plaintiff,

v.

Postal Strategies Corporation, et al.,

          Defendants.

**NO. CV-21-00366-PHX-DJH**

**JUDGMENT IN A CIVIL CASE**

Pursuant to Plaintiff having accepted Defendant Sandra Di Cavalcante's offer of judgment, judgment is hereby entered in favor of Plaintiff and against Defendant Di Cavalcante in the amount of FOUR THOUSAND AND 00/100 DOLLARS ($4,000.00), in satisfaction of any and all liability against Defendant Di Cavalcante individually in her capacity as a director, officer, manager, employer, and/or employee of Postal Strategies Corporation. This sum is inclusive of all of Plaintiff's alleged damages, taxable court costs, interest, and attorneys' fees sought in this action for Plaintiff's claims against Di Cavalcante individually in her capacity as a director, officer, manager, employer, and/or employee of Postal Strategies Corporation incurred through the date of this offer. For the sake of clarity, Defendant reiterates that this Offer is inclusive of all attorneys' fees and costs of any kind as well as damages. This matter is hereby terminated.

Debra D. Lucas
District Court Executive/Clerk of Court

May 7, 2021

By    s/ Mary Hawkins
Deputy Clerk